UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:10-cr-52 |
| v. | ) | |
| | ) | MATTICE / LEE |
| ERNITH PAULINE BREWER | ) | |
| | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw her not guilty plea to Count One of the twenty-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in
custody until sentencing in this matter [Doc. 57]. Neither party filed a timely objection to the report
and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report
and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's
report and recommendation [Doc. 57] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw her not guilty plea to Count One of the Indictment

is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, December 13, 2010 at 2:00 p.m.** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_____*/s/Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE